**Floyd GRANGER, a/k/a Floyd Randolph Granger, III, Plaintiff–Appellant,**

v.

**Director Scotty BODIFORD; Greenville County Law Enforcement Center and Health Services; Unknown Medical Personnel; Greenville County, Defendants–Appellees.**

No. 12–7621.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: Feb. 28, 2013.

Floyd Granger, Appellant Pro Se. Christopher R. Antley, Devlin & Parkinson, PA, Greenville, South Carolina, for Appellees.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Granger appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Granger v. Dir. Bodiford,* No. 6:11–cv–01162–RBH, 2012 WL 4009458 (D.S.C. Sept. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*